1 | RILEY A. CLAYTON
Nevada Bar No. 005260

HALL JAFFE & CLAYTON, LLP
7455 West Washington Avenue
SUITE 460
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEBORAH HALL, an individual

    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES I through X inclusive, and ROES I through X inclusive,

    Defendants.

CASE NO.: 2:10-cv-00489-JCM-PAL

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the Plaintiff, Deborah Hall, and Defendant, State Farm Mutual Automobile Insurance Company, parties hereto, by and through their respective counsel, Richard Schonfeld, Esq., for Plaintiff, and Riley A. Clayton, Esq., for Defendant, that this matter be

///
///
///
///
///
///
///
///
///

1  dismissed with prejudice, each party to bear its own costs and attorney fees.

3  DATED this __3__ day of June, 2010.              DATED this __3d__ day of June, 2010.

4  CHESNOFF & SCHONFELD                              HALL JAFFE & CLAYTON, LLP

6  By _____                        By _____
   Richard Schonfeld, Esq.                              Riley A. Clayton, Esq.
7  Nevada Bar No. 006815                                Nevada Bar No. 005260
   520 S. Fourth Street                                 7455 W. Washington Ave., Suite 460
8  Las Vegas, Nevada 89101                              Las Vegas, Nevada 89128
   Attorney for Plaintiffs                              Attorney for Defendant

## O R D E R

IT IS SO ORDERED.

Dated _____.

_____
UNITED STATES DISTRICT COURT JUDGE

2